

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00336-CR

---

MATTHEW JANSSEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2016-410,627, Honorable William R. Eichman II, Presiding

---

February 6, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Matthew Janssen, proceeding pro se, appeals from the trial court's order denying his "Application for Writ of Habeas Corpus and Motion for Reasonable Bail." We previously remanded the cause to the trial court to determine, among other things, whether Appellant still desired to prosecute the appeal. The trial court conducted a hearing on January 22, 2026. At the hearing, Appellant informed the trial court that he no longer desired to proceed with the appeal, having since been released from jail on bond. A supplemental record of the hearing has been filed.

We reinstate the appeal on our docket.  Because Appellant no longer desires to prosecute the appeal, we invoke Appellate Rule 2 to suspend operation of Appellate Rule 42.2(a), which requires that Appellant sign a motion to dismiss the appeal.  *See* TEX. R. APP. P. 2, 42.2(a); *Wade v. State*, Nos. 07-20-00030-CR, 07-20-00032-CR, 2020 Tex. App. LEXIS 7619, at *2 (Tex. App.—Amarillo Sep. 18, 2020, no pet.) (per curiam) (mem. op., not designated for publication) (doing same).  Accordingly, we dismiss the appeal. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.